(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) _Tawanda Weatherspoon_
   (Name of Plaintiff)   (Inmate Number)

_9008 GreenTop Rd Lincoln DE_
   (Complete Address with zip code)

_422-9337_

(2) _____
   (Name of Plaintiff)   (Inmate Number)

_____
   (Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

vs.

(1) _Det Marzec_
(2) _Agent Tom Jacobs_
(3) _Agent Chris Quaglino_
   (Names of Defendants)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

_06    009_
(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

☐ Jury Trial Requested

I. **PREVIOUS LAWSUITS**

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____

_____

_____

_____

_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☐ Yes ☐ No  N/A

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☐ Yes ☐ No  N/A

C. If your answer to "B" is Yes:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Det Marzec
Employed as Police Officer at Town of Delmar
Mailing address with zip code: 400 South Pennsylvania Ave., Delmar Delaware/Maryland 21875

(2) Name of second defendant: Agent Tom Jacobs
Employed as DEA Agent at Drug Enforcement Agency
Mailing address with zip code: U.S. Dept of Justice 950 Pennsylvania Ave N.W Washington, D.C. 20530

(3) Name of third defendant: Agent Chris Quaglino
Employed as DEA Agent at Drug Enforcement Agency
Mailing address with zip code: U.S. Dept of Justice 950 Pennsylvania N.W. Washington, D.C. 20530

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☐ Yes ☐ No  N/A

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☑ Yes ☐ No

C. If your answer to "B" is Yes:

1. What steps did you take? Sought Relief in Superior Court of State of Delaware

2. What was the result? Negative

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Det Marzec
Employed as Police at Delmar Police Department
Mailing address with zip code: 400 South Pennslyvania Ave Delmar, Delaware / Maryland 21875

(2) Name of second defendant: Agent Tom Jacobs
Employed as DEA Agent at U.S. Dept. of Justice / Drug Enforcement Agency
Mailing address with zip code: U.S. Dept. of Justice 950 Pennslyvania Ave N.W. Washington D.C. 20530

(3) Name of third defendant: Agent Chris Quaglino
Employed as DEA Agent at Drug Enforcement Agency
Mailing address with zip code: U.S. Dept of Justice 950 Pennslyvania Ave. N.W. Washington, D.C. 20530

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On 09-21-05 Detective Mace, Agent Tom Jacob & Chris Quaglino came into my house began searching and seizing property of mine mostly paper work, and title to
2. my Durango & reciepts. They used a search warrant for a residence in Ellendale Delaware. I live and reside in Lincoln Delaware. They never said who
3. they were or that I was under arrest never knock or annouced their presence before entering my home and cause me, my kids & mother undue emotional harm & distress

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I seek Declaratory Relief by order declaring these actions violation of 4th Amendment rights against illegal search & seizure and denial of Due Process & Equal Protection

3

2. of Law 14 Amendment rights I seek Punitive Compensation in the amount of $500,000 per defendant and Injunctive Relief preventing them

3. from doing this again in the future everything began at gun point

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __2__ day of __January__, 2 _06_.

__Tawanda Weatherspoon__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4