IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAWANDA WEATHERSPOON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-009-GMS |
| | ) | |
| DETECTIVE MARZEC, | ) | |
| AGENT TOM JACOBS, | ) | |
| AND AGENT CHRIS QUAGLANO, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 17th day of Jan., 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge