IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAWANDA WEATHERSPOON, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DETECTIVE MARZEC, DEA AGENT )<br>TOM JACOBS, and DEA AGENT )<br>CHRIS QUAGLANO, )<br>)<br>    Defendants. ) | Civ. No. 06-009-KAJ |

**ORDER**

At Wilmington, this 23rd day of February 2006, the court having previously issued an order granting plaintiff's application to proceed without prepayment of fees under 28 U.S.C. § 1915 (D.I. 3);

IT IS HEREBY ORDERED:

1. Pursuant to Fed. R. Civ. P. 4(c)(2), 4(i), and 4(j), plaintiff shall complete and return to the clerk of the court an **original** "U.S. Marshal-285" form for: (1) **defendant Detective Marzec, (2) the Chief Executive Officer for the Town of Delmar, (3) defendant DEA Agent Tom Jacobs, (4) DEA Agent Chris Quaglano, (5) the United States Attorney for the District of Delaware,** The Nemours Building, 1007 Orange Street, Suite 700, P. O. Box 2046, Wilmington, DE 19899-2046; and (6) **the Attorney General of the United States**, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001. Failure to submit these forms may provide grounds for dismissal of the lawsuit pursuant to Fed. R. Civ. P. 4(m). **The plaintiff must also provide the court with six (6) copies of the complaint (D.I. 2) for**

service upon the defendants, the Chief Executive Officer for the Town of Delmar, the United States Attorney for the District of Delaware, and the Attorney General of the United States. Plaintiff is notified that the United States Marshal will not serve the complaint until all "U.S. Marshal 285" forms with copies of the complaint have been received by the clerk of the court. Failure to provide a "U.S. Marshal 185" form and a copy of the complaint for each defendant within 120 days of the date of this order may result in the complaint being dismissed or defendants being dismissed pursuant to Fed. R. Civ. P. 4(m).

2. Upon receipt of the completed "U.S. Marshal 285" form(s), the United States Marshal shall serve a copy of the complaint and this order upon the defendant(s) as directed by plaintiff. All costs of service shall be advanced by the United States.

3. Blank U.S. Marshal 285 forms are being provided to you along with this order

4. No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

_____
UNITED STATES DISTRICT JUDGE