OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 7, 2006

TO:  Tawanda Weatherspoon
     9008 Greentop Road
     Lincoln, DE 19960

RE:  U.S. Marshal 285 Forms
     *Civil Action # 06-009 KAJ*

Dear Mr. Weatherspoon:

Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rg

PETER T. DALLEO
CLERK

cc:  The Honorable Kent A. Jordan;
     U.S. Marshal
     Pro Se Law Clerk