IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAWANDA WEATHERSPOON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06-009-KAJ |
| v. | : | |
| | : | |
| DETECTIVE MARZEC, AGENT TOM JACOBS, and AGENT CHRIS QUAGLINO, | : : : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS MARZEC'S, JACOBS'S AND QUAGLINO'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants Ronald Marzec, Tom Jacobs and Chris Quaglino, through their undersigned counsel, respectfully move, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Plaintiff's Complaint. In the alternative, Defendants Marzec, Jacobs and Quaglino respectfully move, pursuant to Fed. R. Civ. P. 56, for summary judgment of Plaintiff's Complaint. In support of this Motion, the Court is respectfully referred to the accompanying Brief. A proposed Order consistent with this Motion is attached hereto.

                                                          Respectfully submitted,

                                                          COLM F. CONNOLLY
                                                          United States Attorney

                                                            /s/ Seth M. Beausang
                                                          Seth M. Beausang (I.D. No. #4071)
                                                          Assistant United States Attorney
                                                          1007 N. Orange Street, Suite 700
                                                          Wilmington, Delaware 19801
Dated: May 8, 2006.                               (302) 573-6277