IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAWANDA WEATHERSPOON, | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 06-009-KAJ |
| v. | : |
| | : |
| DETECTIVE MARZEC, AGENT TOM JACOBS, and AGENT CHRIS QUAGLINO, | : |
| | : |
| Defendants. | : |

**ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of Defendants Marzec's, Jacobs's and Quaglino's Motion to Dismiss Or, In the Alternative, for Summary Judgment, and all papers filed in support thereof and opposition thereto, it is ORDERED that Plaintiff's Complaint is dismissed with prejudice.

_____
United States District Judge