**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CHAMBERS OF**
**KENT A. JORDAN**
**DISTRICT JUDGE**

**LOCKBOX 10**
**844 KING STREET**
**U.S. COURTHOUSE**
**WILMINGTON, DELAWARE 19801**

June 12, 2006

Ms. Twanda Weatherspoon
9008 Greentop Road
Lincoln, DE   19960

Seth M. Beausang, Esq.
U.S. Attorney's Office
1007 Orange Street - #700
Wilmington, DE   19801

Re:   Twanda Weatherspoon v. Detective Marzec, et al.
        Civil Action No. 06-009-KAJ

Dear Ms. Weatherspon and Counsel:

Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court