IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

TAWANDA WEATHERSPOON ]
                                              ]
    Plaintiff,                   ]   C.A. No. 06-009-KAJ
                                              ]
    v.                              ]
DETECTIVE MARZEC, in his       ]
Official and individual capacity    ]
AGENT TOM JACOBS,      and   ]
AGENT CHRIS QUAGLINO,       ]
                                              ]
    Defendants,                ]

MEMORANDUM RESPONSE OF _Tawanda Weatherspoon_

    NOW Comes the plaintiff, Tawanda Weatherspoon, pro se who so moves the honorable

Court, with the following responses, and they go as follows;

    (1). I do live and reside in the home that was illegally searched and seized, on 09-21-05, by the named defendants.

    (a). I have lived there for a substantial period of time and do have man reasonable expectancy of privacy at the same property.

    (2). The named Defendants, did enter the premises by force, with their guns drawn, and didn't ask permission to enter neither was given permission.

    (a). The search warrant was for Trailer in Ellendale, labeled the Sales/ Packaging Trailer, and it fit the description of the place described in the Warrant Totally in (a) color (b) design and (c) location which was Ellendale Delaware.

    (3). The actions of defendants was malicious intented without care for plaintiff medical condition or rights of plaintiff and should have never happen to begin with.

    (a). The defendant didn't act in good-faith nor as well trained and supervised policemen.

    (4). My home is Lincoln Delaware isn't trailer, but a double wide, (a) it isn't tan/beige with white trim and it is miles from Ellendale.

(5). A computer check for my address would have reviewed, on 09-21-05 that my address was 9008 Green Top Road Lincoln, DE. 19960 [ Enclosed is a photocopy of my driver's license]

Respectfully, submitted



CERTTIFICATYE OF SERVICE

I, *Tawanda Weatherspoon*, verify service of attached document Upon all parties listed below, and do the same with my signature, on this 22th Day of May, 2006, via U>S> Postal Service system.

Respectfully, submitted

9008 Green Top Rd
Lincoln DE
19960

Mr. Seth M. Beausang
Assistant U>S> Attorney
1007 Orange St. Suite 700
Wilmington, DE. 19801

Mr. Daniel A. Griffith
1220 Market St. 5th Floor
Wilmington, DE. 19801

Steve Hickman
9008 Green Top Rd
Lincoln DE 19960