IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

TAWANDA WEATHERSPOON     ]
                         ]
    Plaintiff,           ]
                         ]   C.A. No. 06-009-KAJ
    vs                   ]
                         ]
DETECTIVE MARZEC, in     ]
His official and individual ]
Capacity, AGENT TOM      ]
JACOBS, AGENT CHRIS      ]
QUAGLINO, and TOWN       ]
of DELMAR,               ]



MOTION TO AMEND PLEADING TO ADD TOWN OF
DELMAR AS A DEFENDANT

NOW Comes the plaintiff, Tawanda Weatherspoon, pro se, who so Moves the Honorable Court, pursuant to Fed. Rule Civ. Pro. 15(3)(2)(A) & (B) Amendment of Pleading to add Town of Delmar as a Defendant and in support of the same the following is asserted:

[1]. Detective Marzec, is an officer and employee of the Town of Delmar's Police Department.

[2]. The injuries the plaintiff complains of are as a result of this employee, and his not being properly trained, supervised and the Town of Delmar's authorization of his actions are a direct causaction of these injuries.

[3]. Compliance with Fed. Civ. Pro. 15(3)(A) has already occurred, because the Town of Delmar, has already been served this action via United States Marshall service on _____ and are well aware of action and should have known they are a party to this action.

In all fairness the Town of Delmar is just as liable as as responsible as all named defendants as well as they are a party to injuries suffered by plaintiff, because of their employee Detective Marzec, who sought (a) warrants and (b) search warrants in the name of the Town of Delmar, that iniated the actions that led to my injuries and violations of my constitutional rights.

Weatherspoon vs Marzec, et al.,

*Tawanda Weatherspoon* (signature)
Tawanda Weatherspoon
9008 Green Top Rd
Lincoln, DE. 19960

I, Tawanda Weatherspoon, with my signature, verify service of attached document, upon Mr. Seth M. Beausang, Esq., a U.S. Attorney General, at 1007 Orange St. Suite 700, Wilmington, DE. 19801 and Mr. Daniel A. Griffith, at 1220 Market St. 5th Floor, Wilmington, DE. 19801, on this __th day of June 2006, via U.S. Postal system.

So Ordered, this __th day of _____ 2006, the Town of Delmar, is a named Defendant, in Civil Action No. 06-009-KAJ and must meet all responsibilities _____
U.S. District Court Judge

Terrence Wellington
908 Twenty Rd
Lincoln (M?) 19960

U.S.M?
X-RAY

Clerk
U.S. District Court
Lock Box 18
844 King St
Wilmington, DE 19801

WILMINGTON DE 197
20 JUN 2006 PM 2 L