The Honorable Kent A. Jordan
U.S. District Court Judge
844 King St.
U.S. Courthouse
Wilmington, DE. 19801

    Re: Hickman v. Marzec., Consol. No 05-811 & 839-KAJ
    (D. Del.) White v. marzec, No. 06-008-KAJ(D.Del.) and
    Weatherspoon v. Marzec, No. 06-009-KAJ(D.Del.)

Dear Your Honor:



    The actions of Marzec and his fellow police officers might be alright in Russia or China, but this is the United States and Steve Hickman, Sandra J. White and Tawanda Weatherspoon have clearly established rights under the United States Constitution provided by the fourth Amendment of illegal search seizure, to be secure in person, property and things, against unreasonable searches and seizures.

    a. The actions of Marzec and his fellow police officers clearly violate these rights and the way they did it disqualifies them from being able to asset qualified immunity.

    [1]. A police officer, wh o is well trained, supervised and with Good intentions, after a three(3) month investigation would (a) know the difference from Lincoln and Ellendale after numerous encounters of traveling from one [1] Town to the other .* (b). would know the difference between a doublewide ** which was searched and a single wide which is listed in the search warrant*** and (c) know the color tan [which was the color of single wide in the search warrant] from the color brown [which is the color of the double-wide] this is clearly evident that there is a complete breakdown and failure on the part of Marzec and his fellow police officers and as a matter of law are not entitled to Qaulified Immunity.

    [2]. No matter how many facts Marzec and his fellow officers misconstrue the Supreme Court has ruled in Bell vs Hood, 327 U.S. 678 (1946) we reserve the question whether violation of that command by a federal agent acting under color of his authority gives rise to a cause of action for damages consequent upon his unconstitutional conduct. Today [in re Bivens 403 U.S. 388] Today we hold that it does.

    a. The Fourth Amendment provides that: in re Bivens
    " The right of the people to be secure in their persons
    Houses, papers and effects against unreasonable searches
    And seizures shall not be violated...." 403 Bivens v. Six

Unknown Fed Narcotics Agents at 389.

    Marzec and his fellow officers at gunpoint destroyed all the rights of Hickman, White and Weatherspoon deliberately and without authorization and proper search warrant.

    [3]. Their authorization, was for an existing single wide, tan And white trim in Ellendale Delaware, not a brown double wide miles Away in Lincoln Delaware.

    a. Ms White, really suffers after this illegal invasions upon her rights as a United States citizen and is truly bothered to have experience what Marzec did and believe it happen in the United States. [She may never feel secure in her person, house, papers and effects after this.]

    b. Marzec and his fellow officer, seized the named plaintiffs, a vehicle, money, papers and numerous effect illegally and without a search warrant that was issued by a judge saying they could search and seize a person or persons, money, car or truck, papers or effect were a brown doublewide was located in Lincoln Delaware.
    Between the Town of Ellendale and Lincoln.

**    The search warrant authorizes a search and seizure of a
    Tan white trim single wide not a brown double in Lincoln
    Delaware and the single wide is located in Ellendale Delaware.

***    The search warrant verify no probable cause existed for
    Search and seizure of a Double wide in Lincoln Delaware

*[signatures]*

Sandra J. White    Steve Hickman    Tawanda Weatherspoon

June 23, 2006                    9008 GreenTop Rd
                                    Lincoln,DE. 19960

Cc: Mr, Seth M. Beausang, Esq.,
    Mr. Daniel A. Griffith, Esq.,