



B — 1