OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 18, 2006

**Steve Hickman**
9008 Greentop Rd.
Lincoln, DE 19960

**Sandra J. White**
9008 Greentop Road
Lincoln, DE 19960

**Tawanda Weatherspoon**
9008 Greentop Road
Lincoln, DE 19960

      Re:    Letter dated 6/26/06 to Judge Jordan in support of Complaints
               Civil Action Nos.  05-811 KAJ, 06-08 KAJ & 06-09 KAJ
               Notice of Deficiency as to:    Service of Documents Required upon
                                                    Defense Counsel

Dear Mr. Hickman, Ms. White and Ms.Weatherspoon:

      Pursuant to Local Rule 5.1.2, I write to report the Clerk has accepted the above papers for docketing, but the Court will take no action with regard to the matter until the following deficiency is corrected:

XX    1.    Local Counsel (Local Rule 83.5 (d))
                XX    All notices, pleadings and papers shall be served on local counsel
                ___    All papers filed with the Court must be signed by local counsel

___    2.    Form of Papers (Local Rule 5.1.1)
                ___    Cover page fails to comply with Local Rule 5.1.1
                ___    Information below signature line fails to comply with
                         Local Rule 5.1.1 & 7.1.3 (a)(1) - no Delaware Bar I.D. number
                ___    other:

XX   3.   <u>Service</u> (Local Rule 5.2)
        XX   Paper lacks certification of service for service upon Defense Counsel.
        XX   Letter fails to identify proper service - No copy to the Clerk of Court
        ___  Letter fails to indicate method of delivery for all recipients

___  4.   <u>Number of Copies</u> (Local Rule 5.3 and the Court's Scheduling Order)

___  5.   <u>Motions</u> (Various Local Rules and the Court's Scheduling Order)
        ___  Failure to schedule conference with the Court prior to filing discovery motion according to the Court's Scheduling Order
        ___  Failure to include statement showing efforts to reach agreement according to Local Rule 7.1.1
        ___  Failure to include pleading as amended, and one copy; the motion shall include a form of the amended pleading which shall indicate in what respect it differs from the pleading which it amends, by bracketing materials to be deleted and underlining materials to be added according to Local Rule 15.1
        ___  Discovery motion does not include or recite discovery that is subject of motion according to Local Rule 37.1
        ___  Failure to file an Opening Brief and accompanying affidavit(s) on the date of the filing of the said motion according to Local Rule 7.1.2.
        ___  No Notice of Motion is Required according to Local Rule 7.1.2
        ___  No Proposed Order filed with the motion

___  6.   <u>Briefs</u> (Local Rules 7.1.2 and 7.1.3)
        ___  Cover
        ___  Format  Local Rule 7.1.3 (a)(3)
        ___  Length
        ___  Other

___  7.   <u>Request for Extension of Time</u> (Local Rule 16.5)
        ___  Lacks Statement
        ___  Other

XX   8.   <u>Other</u> -

        XX   **Copies of all documents filed with the Court must be served upon Defense counsel. Defense counsel's address information is attached.**
        XX   **Original Signatures Required on all documents filed with the Court.**
        XX   **FRCP Rule 15 - Leave of Court required to amend Complaint after responsive pleading is served.**
        XX   **Personal information (ie. DOB, SSN) submitted as exhibits should be filed under seal. (Exhibit B - redacted by Docket Clerk)**

Your papers have been docketed by the Court, however no action will be taken until the above discrepancies have been corrected. Pursuant to Rule 5.1.2 please promptly serve a copy of this notice on all other parties.

> Very truly yours,
>
> *Bob Cruikshank*
> Deputy Clerk

Enclosure

cc:   Honorable Kent A. Jordan

   **Seth Madison Beausang**, Esq. (CM/ECF)

**Defense Counsel:**

**Seth Madison Beausang**
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Fax: (302) 573-6220
Email: seth.beausang@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Honorable Kent A. Jordan
U.S. District Court Judge
844 King St.
Courthouse
Wilmington, DE. 19801

    Re. Steve Hickman vs marzec, et al., No.05-811 & 839-KAJ DI 37
    (D.Del. ) White v. Marzec, No. 06-008-KAJ ( D.Del.) and DI 26
    Weatherspoon v. Marzec, No. 06-009-KAJ(D.Del.) DI 24



FILED
JUL 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AD scanned

Dear Your Honor:

    Marzec and fellow officers, know the truths, but always try to put up smoke screen
to cover the unlawful, and unethical activities. And are not entitled to no immunities because
their acts show they did not act in "good faith" (a). now he is trying to attribute ther writing
of the report he clearly wrote to another officer [Officer Marvin Mailey] (1).  Exhibit A-1 it
is clearly stated the observations were made by TFO Marzec and (2) Even if that was true
it shows a terrible lack of professionalism on the part of Marzec that an Officer working
with him knew the difference and he didn't and (3) Marzec only accepts facts that benefit
what he wants to accomplish.

    He [Marzec] submitted another fact not based on the truth (a) a computer check
of Tawanda Weatherspoon's address would have reviewed her address as 9008 Green Top
Rd. Lincoln, DE. 19960 [Exhibit B-1 verifies this] a picture or photocopy of her driver's
license.

    The plaintiff, has asserted numerous facts and pictures clearly showing a single-wide
Tan mobile home as described in search warrant exist in Ellendale Delaware and the search
warrant not only doesn't mention the double-wide in Lincoln, it also establishes no probable
cause  for it search and seizure as well.

    [1]. As a matter of Law the defendants have not met their burden of proof essential
To obtain dismissal of petitioners claim for failure to state a claim.